**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: HERRERA, SILVIA                        § Case No. 15-36687
                                              §
                                              §
                                              §
              Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/28/2015. The undersigned trustee was appointed on 10/28/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of       $         8,000.00

   Funds were disbursed in the following amounts:

   Payments made under an
     interim distribution                                         0.00
   Administrative expenses                                        0.00
   Bank service fees                                             10.00
   Other payments to creditors                                    0.00
   Non-estate funds paid to 3rd Parties                           0.00
   Exemptions paid to the debtor                                  0.00
   Other payments to the debtor                                   0.00

   Leaving a balance on hand of[1]                  $         7,990.00

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/17/2016 and the deadline for filing governmental claims was 04/25/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,550.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,550.00, for a total compensation of $1,550.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $14.00 for total expenses of $14.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/10/2017                                By: /s/ Richard M. Fogel
                                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

|  | Exhibit A |
|---|---|
|  | Page: 1 |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case No.: | 15-36687 | Trustee Name: | (330720) Richard M. Fogel |
|---|---|---|---|
| Case Name: | HERRERA, SILVIA | Date Filed (f) or Converted (c): | 10/28/2015 (f) |
|  |  | § 341(a) Meeting Date: | 12/15/2015 |
| For Period Ending: | 02/10/2017 | Claims Bar Date: | 03/17/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | REAL PROPERTY<br>Half interest in vacant Lot 10220 S. Wabash Chicago, IL 60628; purchase price $3,000. To be sold by ex-spouse pursuant to divorce decree. (See Footnote) | 3,000.00 | 1,000.00 |  | 500.00 | FA |
| 2* | REAL PROPERTY<br>5864 W. 127th Street, Alsip, IL 60803 - Half-interest in Debtor's former residence. To be sold by ex-spouse pursuant to divorce decree. (See Footnote) | 195,650.00 | 40,000.00 |  | 7,500.00 | FA |
| 3 | CASH ON HAND<br>Cash on Hand- Exempt | 400.00 | 0.00 |  | 0.00 | FA |
| 4 | BANK ACCOUNTS<br>savings account with - Chase. Exempt | 100.00 | 0.00 |  | 0.00 | FA |
| 5 | BANK ACCOUNTS<br>checking account with - Chase. Exempt | 200.00 | 0.00 |  | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHING<br>Used household goods; TV, DVD player, TV stand, stereo, sofa, table, chairs, lamps, beds, stove, refrigerator, microwave, dishes/flatware, pots/pans. Exempt | 1,000.00 | 0.00 |  | 0.00 | FA |
| 7 | BOOKS AND ART OBJECTS<br>Books, CD's, DVD's, Tapes/Records, Family Pictures. Exempt. | 100.00 | 0.00 |  | 0.00 | FA |
| 8 | WEARING APPAREL<br>Necessary wearing apparel. Exempt | 100.00 | 0.00 |  | 0.00 | FA |
| 9 | INTERESTS IN INSURANCE POLICIES<br>Term Life Insurance - No Cash Surrender Value. | Unknown | 0.00 |  | 0.00 | FA |
| 10 | INTERESTS IN INSURANCE POLICIES<br>Whole Life Insurance - with Lincoln Benefit Life Company. Exempt | Unknown | 0.00 |  | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

| | | Exhibit A |
|---|---|---|
| | Form 1 | Page: 2 |

## Individual Estate Property Record and Report
## Asset Cases

| Case No.: | 15-36687 | Trustee Name: | (330720) Richard M. Fogel |
|---|---|---|---|
| Case Name: | HERRERA, SILVIA | Date Filed (f) or Converted (c): | 10/28/2015 (f) |
| | | § 341(a) Meeting Date: | 12/15/2015 |
| For Period Ending: | 02/10/2017 | Claims Bar Date: | 03/17/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | PENSION PLANS AND PROFIT SHARING<br>50% marital share interest in the Local 150 Operating Engineers Pension Plan - 100% Exempt. | Unknown | 0.00 | | 0.00 | FA |
| 12 | PENSION PLANS AND PROFIT SHARING<br>Pension w/ Employer/Former Employer - 100% Exempt. | 20,000.00 | 0.00 | | 0.00 | FA |
| 13 | LIQUIDATED DEBTS OWING DEBTOR<br>Maintenance/Support. Exempt | 0.00 | 0.00 | | 0.00 | FA |
| 14 | TAX REFUNDS<br>2015 IRS refund. Exempt | 1,098.00 | 0.00 | | 0.00 | FA |
| 15 | AUTOMOBILES AND OTHER VEHICLES<br>2013 Volvo S60. Encumbered and exempt. | 15,033.00 | 0.00 | | 0.00 | FA |
| 15 | **Assets Totals** (Excluding unknown values) | **$236,681.00** | **$41,000.00** | | **$8,000.00** | **$0.00** |

RE PROP# 1     Sold by trustee to ex-spouse for $500 per o/c 1-4-17

RE PROP# 2     Sold by trustee to ex-spouse for $7,500, subject to mortgage, per o/c 1-4-17

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 3

**Case No.:** 15-36687  
**Case Name:** HERRERA, SILVIA

**For Period Ending:** 02/10/2017

**Trustee Name:** (330720) Richard M. Fogel  
**Date Filed (f) or Converted (c):** 10/28/2015 (f)  
**§ 341(a) Meeting Date:** 12/15/2015  
**Claims Bar Date:** 03/17/2016

**Major Activities Affecting Case Closing:**

> 3/31/16- Trustee engaged special counsel to enforce debtor's rights under a divorce decree to compel ex-spouse to sell real property.  Property is currently listed for sale with a real estate broker.
>
> 3/31/17- Trustee was authorized to sell the debtor's interests in her real property to ex-spouse for $8,000, per o/c dated 1/4/17.

**Initial Projected Date Of Final Report (TFR):**   12/31/2016            **Current Projected Date Of Final Report (TFR):**   12/31/2016

**UST Form 101-7-TFR (5/1/2011)**

Exhibit B
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-36687 | | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|---|
| Case Name: | HERRERA, SILVIA | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0360 | | Account #: | ******6800 Checking |
| For Period Ending: | 02/10/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/18/2017 | {2} | Shaw Fishman Glantz & Towbin LLC Client Trust Fund IOLTA | Initial payment for sale of interests in real property from Jaime Herrera | 1110-000 | 4,000.00 | | 4,000.00 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,990.00 |
| 02/08/2017 | | Spartacus Law PC fbo Jaime Herrera | Balance of sale proceeds per o/c 01-04-17 | 1110-000 | 4,000.00 | | 7,990.00 |
| | {1} | | Wabash lot  $500.00 | 1110-000 | | | 7,990.00 |
| | {2} | | Alsip property  $3,500.00 | 1110-000 | | | 7,990.00 |
| | | | **COLUMN TOTALS** | | 8,000.00 | 10.00 | $7,990.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,000.00 | 10.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,000.00** | **$10.00** | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| | |
|---|---|
| **Case No.:** 15-36687 | **Trustee Name:** Richard M. Fogel (330720) |
| **Case Name:** HERRERA, SILVIA | **Bank Name:** Rabobank, N.A. |
| **Taxpayer ID #:** **-***0360 | **Account #:** ******6800 Checking |
| **For Period Ending:** 02/10/2017 | **Blanket Bond (per case limit):** $5,000,000.00 |
| | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6800 Checking | $8,000.00 | $10.00 | $7,990.00 |
| | **$8,000.00** | **$10.00** | **$7,990.00** |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Exhibit C

**Case: 15-36687**  SILVIA HERRERA

Claims Bar Date: 03/17/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ATY | Robert S. Bell, Jr. P.C. 111 W. Washington Street, Suite 1900 Chicago, IL 60602 <3110-000 Attorney for Trustee Fees (Trustee Firm)> , 200 | Administrative 02/10/17 | | $2,700.00 $2,700.00 | $0.00 | $2,700.00 |
| FEE | Richard M. Fogel 321 N. Clark St. #800 Chicago, IL 60654 <2100-000 Trustee Compensation> , 200 | Administrative 02/10/17 | | $1,550.00 $1,550.00 | $0.00 | $1,550.00 |
| TE | Richard M. Fogel 321 N. Clark St. #800 Chicago, IL 60654 <2200-000 Trustee Expenses> , 200 | Administrative 01/04/17 | | $14.00 $14.00 | $0.00 | $14.00 |
| 1 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 12/21/15 | | $14,598.65 $14,598.65 | $0.00 | $14,598.65 |
| 2 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 12/21/15 | | $2,253.21 $2,253.21 | $0.00 | $2,253.21 |
| 3 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 12/21/15 | | $2,593.25 $2,593.25 | $0.00 | $2,593.25 |

# Exhibit C

## Exhibit C

**Case: 15-36687**  SILVIA HERRERA

Claims Bar Date: 03/17/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Midland Credit Management, Inc. as agent for MIDLAND FUNDING LLC PO Box 2011 Warren, MI 48090 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/29/16 | | $8,341.78 $8,341.78 | $0.00 | $8,341.78 |
| 5 | Capital One, N.A. c o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 02/10/16 | | $1,130.73 $1,130.73 | $0.00 | $1,130.73 |
| 6 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 02/19/16 | | $88.71 $88.71 | $0.00 | $88.71 |
| 7 | Department Store National Bank c/o Quantum3 Group LLC PO Box 657 Kirkland, WA 98083-0657 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/10/16 | | $3,164.63 $3,164.63 | $0.00 | $3,164.63 |
| 8 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Sams Club) POB 41067 Norfolk, VA 23541 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/17/16 | | $4,137.38 $4,137.38 | $0.00 | $4,137.38 |
| 9 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (TJX) POB 41067 Norfolk, VA 23541 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/17/16 | | $2,200.41 $2,200.41 | $0.00 | $2,200.41 |

**UST Form 101-7-TFR (5/1/2011)**

### Exhibit C

### Exhibit C

**Case:** 15-36687   **SILVIA HERRERA**

Claims Bar Date: 03/17/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank POB 41067 Norfolk, VA 23541 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/17/16 | | $9,830.53 $9,830.53 | $0.00 | $9,830.53 |
| | | | **Case Total:** | | **$0.00** | **$52,603.28** |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 15-36687
Case Name: SILVIA HERRERA
Trustee Name: Richard M. Fogel

**Balance on hand:** $ 7,990.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,990.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 1,550.00 | 0.00 | 1,550.00 |
| Trustee, Expenses - Richard M. Fogel | 14.00 | 0.00 | 14.00 |
| Attorney for Trustee Fees - Robert S. Bell, Jr. P.C. | 2,700.00 | 0.00 | 2,700.00 |

Total to be paid for chapter 7 administrative expenses: $ 4,264.00
Remaining balance: $ 3,726.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,726.00

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 3,726.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $48,339.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 14,598.65 | 0.00 | 1,125.27 |
| 2 | Quantum3 Group LLC as agent for Comenity Bank | 2,253.21 | 0.00 | 173.68 |
| 3 | Quantum3 Group LLC as agent for Comenity Bank | 2,593.25 | 0.00 | 199.89 |
| 4 | Midland Credit Management, Inc. as agent for MIDLAND FUNDING LLC | 8,341.78 | 0.00 | 642.99 |
| 5 | Capital One, N.A. c o Becket and Lee LLP | 1,130.73 | 0.00 | 87.16 |
| 6 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc | 88.71 | 0.00 | 6.84 |
| 7 | Department Store National Bank | 3,164.63 | 0.00 | 243.93 |
| 8 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Sams Club) | 4,137.38 | 0.00 | 318.91 |
| 9 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (TJX) | 2,200.41 | 0.00 | 169.60 |
| 10 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank | 9,830.53 | 0.00 | 757.73 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 3,726.00 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | | | |
|---|---|---|---|---|
| | | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | | | |
|---|---|---|---|---|
| | | Total to be paid for subordinated claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**