**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 15-36687 |
| | ) | |
| Silvia Herrera, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Jacqueline P. Cox |

## CERTIFICATE OF SERVICE

Richard M. Fogel, an attorney, state that on March 10, 2017, I caused a true and correct copy of the Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR) to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Richard M. Fogel

{4273 CER A0457665.DOC}

## SERVICE LIST

Office of the U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Juan Villapando
ndil@geracilaw.com

Silvia Herrera
5753 129th St Apt 12
Crestwood, IL 60445

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Midland Credit Management, Inc.
as agent for Midland Funding LLC
PO Box 2011
Warren, MI 48090

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc.
PO Box 248848
Oklahoma City, OK 73124-8848

Department Store National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Portfolio Recovery Associates, LLC
Successor to Synchrony Bank
POB 41067
Norfolk, VA 23541