**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: HERRERA, SILVIA § Case No. 15-36687
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $38,031.00 | Assets Exempt: | $25,398.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $3,726.00 | Claims Discharged Without Payment: | $52,138.28 |
| Total Expenses of Administration: | $4,274.00 | | |

3) Total gross receipts of $8,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $4,274.00 | $4,274.00 | $4,274.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $38,923.00 | $48,339.28 | $48,339.28 | $3,726.00 |
| **TOTAL DISBURSEMENTS** | $38,923.00 | $52,613.28 | $52,613.28 | $8,000.00 |

4) This case was originally filed under chapter 7 on 10/28/2015. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   05/08/2017           By: /s/ Richard M. Fogel
                                   Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY | 1110-000 | $500.00 |
| REAL PROPERTY | 1110-000 | $7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $1,550.00 | $1,550.00 | $1,550.00 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $14.00 | $14.00 | $14.00 |
| Attorney for Trustee Fees - Robert S. Bell, Jr. P.C. | 3110-000 | NA | $2,700.00 | $2,700.00 | $2,700.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $10.00 | $10.00 | $10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,274.00 | $4,274.00 | $4,274.00 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | $14,598.00 | $14,598.65 | $14,598.65 | $1,125.27 |
| 2 | Quantum3 Group LLC as agent for Comenity Bank | 7100-000 | $2,253.00 | $2,253.21 | $2,253.21 | $173.68 |
| 3 | Quantum3 Group LLC as agent for Comenity Bank | 7100-000 | $2,593.00 | $2,593.25 | $2,593.25 | $199.89 |
| 4 | Midland Credit Management, Inc. as agent for MIDLAND FUNDING LLC | 7100-000 | NA | $8,341.78 | $8,341.78 | $642.99 |
| 5 | Capital One, N.A. c o Becket and Lee LLP | 7100-000 | $0.00 | $1,130.73 | $1,130.73 | $87.16 |
| 6 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc | 7100-000 | $147.00 | $88.71 | $88.71 | $6.84 |
| 7 | Department Store National Bank | 7100-000 | $3,164.00 | $3,164.63 | $3,164.63 | $243.93 |
| 8 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Sams Club) | 7100-000 | $4,137.00 | $4,137.38 | $4,137.38 | $318.91 |
| 9 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (TJX) | 7100-000 | $2,200.00 | $2,200.41 | $2,200.41 | $169.60 |
| 10 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank | 7100-000 | $9,831.00 | $9,830.53 | $9,830.53 | $757.73 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$38,923.00** | **$48,339.28** | **$48,339.28** | **$3,726.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case No.: | 15-36687 | Trustee Name: | (330720) Richard M. Fogel |
| --- | --- | --- | --- |
| Case Name: | HERRERA, SILVIA | Date Filed (f) or Converted (c): | 10/28/2015 (f) |
| | | § 341(a) Meeting Date: | 12/15/2015 |
| For Period Ending: | 05/08/2017 | Claims Bar Date: | 03/17/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1* | REAL PROPERTY<br>Half interest in vacant Lot 10220 S. Wabash Chicago, IL 60628; purchase price $3,000. To be sold by ex-spouse pursuant to divorce decree. (See Footnote) | 3,000.00 | 1,000.00 | | 500.00 | FA |
| 2* | REAL PROPERTY<br>5864 W. 127th Street, Alsip, IL 60803 - Half-interest in Debtor's former residence. To be sold by ex-spouse pursuant to divorce decree. (See Footnote) | 195,650.00 | 40,000.00 | | 7,500.00 | FA |
| 3 | CASH ON HAND<br>Cash on Hand- Exempt | 400.00 | 0.00 | | 0.00 | FA |
| 4 | BANK ACCOUNTS<br>savings account with - Chase. Exempt | 100.00 | 0.00 | | 0.00 | FA |
| 5 | BANK ACCOUNTS<br>checking account with - Chase. Exempt | 200.00 | 0.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHING<br>Used household goods; TV, DVD player, TV stand, stereo, sofa, table, chairs, lamps, beds, stove, refrigerator, microwave, dishes/flatware, pots/pans. Exempt | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | BOOKS AND ART OBJECTS<br>Books, CD's, DVD's, Tapes/Records, Family Pictures. Exempt. | 100.00 | 0.00 | | 0.00 | FA |
| 8 | WEARING APPAREL<br>Necessary wearing apparel. Exempt | 100.00 | 0.00 | | 0.00 | FA |
| 9 | INTERESTS IN INSURANCE POLICIES<br>Term Life Insurance - No Cash Surrender Value. | Unknown | 0.00 | | 0.00 | FA |
| 10 | INTERESTS IN INSURANCE POLICIES<br>Whole Life Insurance - with Lincoln Benefit Life Company. Exempt | Unknown | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 15-36687 | Trustee Name: | (330720) Richard M. Fogel |
|---|---|---|---|
| Case Name: | HERRERA, SILVIA | Date Filed (f) or Converted (c): | 10/28/2015 (f) |
| | | § 341(a) Meeting Date: | 12/15/2015 |
| For Period Ending: | 05/08/2017 | Claims Bar Date: | 03/17/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | PENSION PLANS AND PROFIT SHARING<br>50% marital share interest in the Local 150 Operating Engineers Pension Plan - 100% Exempt. | Unknown | 0.00 | | 0.00 | FA |
| 12 | PENSION PLANS AND PROFIT SHARING<br>Pension w/ Employer/Former Employer - 100% Exempt. | 20,000.00 | 0.00 | | 0.00 | FA |
| 13 | LIQUIDATED DEBTS OWING DEBTOR<br>Maintenance/Support. Exempt | 0.00 | 0.00 | | 0.00 | FA |
| 14 | TAX REFUNDS<br>2015 IRS refund. Exempt | 1,098.00 | 0.00 | | 0.00 | FA |
| 15 | AUTOMOBILES AND OTHER VEHICLES<br>2013 Volvo S60. Encumbered and exempt. | 15,033.00 | 0.00 | | 0.00 | FA |
| **15** | **Assets       Totals       (Excluding unknown values)** | **$236,681.00** | **$41,000.00** | | **$8,000.00** | **$0.00** |

RE PROP# 1    Sold by trustee to ex-spouse for $500 per o/c 1-4-17

RE PROP# 2    Sold by trustee to ex-spouse for $7,500, subject to mortgage, per o/c 1-4-17

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

**Case No.:** 15-36687  
**Case Name:** HERRERA, SILVIA  

**Trustee Name:** (330720) Richard M. Fogel  
**Date Filed (f) or Converted (c):** 10/28/2015 (f)  
**§ 341(a) Meeting Date:** 12/15/2015  

**For Period Ending:** 05/08/2017  
**Claims Bar Date:** 03/17/2016  

**Major Activities Affecting Case Closing:**

3/31/16- Trustee engaged special counsel to enforce debtor's rights under a divorce decree to compel ex-spouse to sell real property.  Property is currently listed for sale with a real estate broker.

3/31/17- Trustee was authorized to sell the debtor's interests in her real property to ex-spouse for $8,000, per o/c dated 1/4/17.

**Initial Projected Date Of Final Report (TFR):**     12/31/2016        **Current Projected Date Of Final Report (TFR):**     03/06/2017 (Actual)

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-36687 | Trustee Name: | Richard M. Fogel (330720) |
| Case Name: | HERRERA, SILVIA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0360 | Account #: | ******6800 Checking |
| For Period Ending: | 05/08/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/18/2017 | {2} | Shaw Fishman Glantz & Towbin LLC Client Trust Fund IOLTA | Initial payment for sale of interests in real property from Jaime Herrera | 1110-000 | 4,000.00 | | 4,000.00 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,990.00 |
| 02/08/2017 | | Spartacus Law PC fbo Jaime Herrera | Balance of sale proceeds per o/c 01-04-17 | 1110-000 | 4,000.00 | | 7,990.00 |
| | {1} | | Wabash lot $500.00 | 1110-000 | | | 7,990.00 |
| | {2} | | Alsip property $3,500.00 | 1110-000 | | | 7,990.00 |
| 04/07/2017 | 101 | Robert S. Bell, Jr. P.C. | Distribution payment - Dividend paid at 100.00% of $2,700.00; Claim # ATY; Filed: $2,700.00 | 3110-000 | | 2,700.00 | 5,290.00 |
| 04/07/2017 | 102 | Richard M. Fogel | Combined trustee compensation & expense dividend payments. Voided on 04/07/2017 | | | 1,564.00 | 3,726.00 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Case 15-36687    Doc 32    Filed 05/19/17    Entered 05/19/17 14:55:17    Desc Main
Document      Page 10 of 18

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-36687 | | Trustee Name: | Richard M. Fogel (330720) |
| --- | --- | --- | --- | --- |
| Case Name: | HERRERA, SILVIA | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0360 | | Account #: | ******6800 Checking |
| For Period Ending: | 05/08/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Fri, 04-07-2017 $1,550.00 | 2100-000 | | | 3,726.00 |
| | | | Claims Distribution - Fri, 04-07-2017 $14.00 | 2200-000 | | | 3,726.00 |
| 04/07/2017 | 102 | Richard M. Fogel | Combined trustee compensation & expense dividend payments. Voided: check issued on 04/07/2017 | | | -1,564.00 | 5,290.00 |
| | | | $1,550.00 | 2100-000 | | | 5,290.00 |
| | | | $14.00 | 2200-000 | | | 5,290.00 |
| 04/07/2017 | 103 | Discover Bank Discover Products Inc | Distribution payment - Dividend paid at 7.71% of $14,598.65; Claim # 1; Filed: $14,598.65 Voided on 04/07/2017 | 7100-000 | | 1,125.27 | 4,164.73 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-36687 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | HERRERA, SILVIA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0360 | Account #: | ******6800 Checking |
| For Period Ending: | 05/08/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/07/2017 | 103 | Discover Bank Discover Products Inc | Distribution payment - Dividend paid at 7.71% of $14,598.65; Claim # 1; Filed: $14,598.65 Voided: check issued on 04/07/2017 | 7100-000 | | -1,125.27 | 5,290.00 |
| 04/07/2017 | 104 | Quantum3 Group LLC as agent for Comenity Bank | Distribution payment - Dividend paid at 7.71% of $2,253.21; Claim # 2; Filed: $2,253.21 Voided on 04/07/2017 | 7100-000 | | 173.68 | 5,116.32 |
| 04/07/2017 | 104 | Quantum3 Group LLC as agent for Comenity Bank | Distribution payment - Dividend paid at 7.71% of $2,253.21; Claim # 2; Filed: $2,253.21 Voided: check issued on 04/07/2017 | 7100-000 | | -173.68 | 5,290.00 |
| 04/07/2017 | 105 | Quantum3 Group LLC as agent for Comenity Bank | Distribution payment - Dividend paid at 7.71% of $2,593.25; Claim # 3; Filed: $2,593.25 Voided on 04/07/2017 | 7100-000 | | 199.89 | 5,090.11 |
| 04/07/2017 | 105 | Quantum3 Group LLC as agent for Comenity Bank | Distribution payment - Dividend paid at 7.71% of $2,593.25; Claim # 3; Filed: $2,593.25 Voided: check issued on 04/07/2017 | 7100-000 | | -199.89 | 5,290.00 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-36687 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | HERRERA, SILVIA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0360 | Account #: | ******6800 Checking |
| For Period Ending: | 05/08/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/07/2017 | 106 | Midland Credit Management, Inc. as agent for MIDLAND FUNDING LLC | Distribution payment - Dividend paid at 7.71% of $8,341.78; Claim # 4; Filed: $8,341.78 Voided on 04/07/2017 | 7100-000 | | 642.99 | 4,647.01 |
| 04/07/2017 | 106 | Midland Credit Management, Inc. as agent for MIDLAND FUNDING LLC | Distribution payment - Dividend paid at 7.71% of $8,341.78; Claim # 4; Filed: $8,341.78 Voided: check issued on 04/07/2017 | 7100-000 | | -642.99 | 5,290.00 |
| 04/07/2017 | 107 | Capital One, N.A. c o Becket and Lee LLP | Distribution payment - Dividend paid at 7.71% of $1,130.73; Claim # 5; Filed: $1,130.73 Voided on 04/07/2017 | 7100-000 | | 87.16 | 5,202.84 |
| 04/07/2017 | 107 | Capital One, N.A. c o Becket and Lee LLP | Distribution payment - Dividend paid at 7.71% of $1,130.73; Claim # 5; Filed: $1,130.73 Voided: check issued on 04/07/2017 | 7100-000 | | -87.16 | 5,290.00 |
| 04/07/2017 | 108 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc | Distribution payment - Dividend paid at 7.71% of $88.71; Claim # 6; Filed: $88.71 Voided on 04/07/2017 | 7100-000 | | 6.84 | 5,283.16 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-36687 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | HERRERA, SILVIA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0360 | Account #: | ******6800 Checking |
| For Period Ending: | 05/08/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/07/2017 | 108 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc | Distribution payment - Dividend paid at 7.71% of $88.71; Claim # 6; Filed: $88.71 Voided: check issued on 04/07/2017 | 7100-000 | | -6.84 | 5,290.00 |
| 04/07/2017 | 109 | Department Store National Bank | Distribution payment - Dividend paid at 7.71% of $3,164.63; Claim # 7; Filed: $3,164.63 Voided on 04/07/2017 | 7100-000 | | 243.93 | 5,046.07 |
| 04/07/2017 | 109 | Department Store National Bank | Distribution payment - Dividend paid at 7.71% of $3,164.63; Claim # 7; Filed: $3,164.63 Voided: check issued on 04/07/2017 | 7100-000 | | -243.93 | 5,290.00 |
| 04/07/2017 | 110 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Sams Club) | Distribution payment - Dividend paid at 7.71% of $4,137.38; Claim # 8; Filed: $4,137.38 Voided on 04/07/2017 | 7100-000 | | 318.91 | 4,971.09 |
| 04/07/2017 | 110 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Sams Club) | Distribution payment - Dividend paid at 7.71% of $4,137.38; Claim # 8; Filed: $4,137.38 Voided: check issued on 04/07/2017 | 7100-000 | | -318.91 | 5,290.00 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-36687 | | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|---|
| Case Name: | HERRERA, SILVIA | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0360 | | Account #: | ******6800 Checking |
| For Period Ending: | 05/08/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/07/2017 | 111 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (TJX) | Distribution payment - Dividend paid at 7.71% of $2,200.41; Claim # 9; Filed: $2,200.41 Voided on 04/07/2017 | 7100-000 | | 169.60 | 5,120.40 |
| 04/07/2017 | 111 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (TJX) | Distribution payment - Dividend paid at 7.71% of $2,200.41; Claim # 9; Filed: $2,200.41 Voided: check issued on 04/07/2017 | 7100-000 | | -169.60 | 5,290.00 |
| 04/07/2017 | 112 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank | Distribution payment - Dividend paid at 7.71% of $9,830.53; Claim # 10; Filed: $9,830.53 Voided on 04/07/2017 | 7100-000 | | 757.73 | 4,532.27 |
| 04/07/2017 | 112 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank | Distribution payment - Dividend paid at 7.71% of $9,830.53; Claim # 10; Filed: $9,830.53 Voided: check issued on 04/07/2017 | 7100-000 | | -757.73 | 5,290.00 |
| 04/07/2017 | 113 | Richard M. Fogel | Combined trustee compensation & expense dividend payments. | | | 1,564.00 | 3,726.00 |
| | | | Claims Distribution - Fri, 04-07-2017       $1,550.00 | 2100-000 | | | 3,726.00 |

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

Exhibit 9
Page: 7

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-36687 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | HERRERA, SILVIA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0360 | Account #: | ******6800 Checking |
| For Period Ending: | 05/08/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Fri, 04-07-2017 $14.00 | 2200-000 | | | 3,726.00 |
| 04/07/2017 | 114 | Discover Bank Discover Products Inc | Distribution payment - Dividend paid at 7.71% of $14,598.65; Claim # 1; Filed: $14,598.65 | 7100-000 | | 1,125.27 | 2,600.73 |
| 04/07/2017 | 115 | Quantum3 Group LLC as agent for Comenity Bank | Distribution payment - Dividend paid at 7.71% of $2,253.21; Claim # 2; Filed: $2,253.21 | 7100-000 | | 173.68 | 2,427.05 |
| 04/07/2017 | 116 | Quantum3 Group LLC as agent for Comenity Bank | Distribution payment - Dividend paid at 7.71% of $2,593.25; Claim # 3; Filed: $2,593.25 | 7100-000 | | 199.89 | 2,227.16 |
| 04/07/2017 | 117 | Midland Credit Management, Inc. as agent for MIDLAND FUNDING LLC | Distribution payment - Dividend paid at 7.71% of $8,341.78; Claim # 4; Filed: $8,341.78 | 7100-000 | | 642.99 | 1,584.17 |
| 04/07/2017 | 118 | Capital One, N.A. c o Becket and Lee LLP | Distribution payment - Dividend paid at 7.71% of $1,130.73; Claim # 5; Filed: $1,130.73 | 7100-000 | | 87.16 | 1,497.01 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 8

| Case No.: | 15-36687 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | HERRERA, SILVIA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0360 | Account #: | ******6800 Checking |
| For Period Ending: | 05/08/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/07/2017 | 119 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc | Distribution payment - Dividend paid at 7.71% of $88.71; Claim # 6; Filed: $88.71 | 7100-000 | | 6.84 | 1,490.17 |
| 04/07/2017 | 120 | Department Store National Bank | Distribution payment - Dividend paid at 7.71% of $3,164.63; Claim # 7; Filed: $3,164.63 | 7100-000 | | 243.93 | 1,246.24 |
| 04/07/2017 | 121 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Sams Club) | Distribution payment - Dividend paid at 7.71% of $4,137.38; Claim # 8; Filed: $4,137.38 | 7100-000 | | 318.91 | 927.33 |
| 04/07/2017 | 122 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (TJX) | Distribution payment - Dividend paid at 7.71% of $2,200.41; Claim # 9; Filed: $2,200.41 | 7100-000 | | 169.60 | 757.73 |
| 04/07/2017 | 123 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank | Distribution payment - Dividend paid at 7.71% of $9,830.53; Claim # 10; Filed: $9,830.53 | 7100-000 | | 757.73 | 0.00 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Form 2

Exhibit 9

Page: 9

## Cash Receipts And Disbursements Record

| Case No.: | 15-36687 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | HERRERA, SILVIA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0360 | Account #: | ******6800 Checking |
| For Period Ending: | 05/08/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  |  | COLUMN TOTALS |  | 8,000.00 | 8,000.00 | $0.00 |
|  |  |  | Less: Bank Transfers/CDs |  | 0.00 | 0.00 |  |
|  |  |  | Subtotal |  | 8,000.00 | 8,000.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | NET Receipts / Disbursements |  | $8,000.00 | $8,000.00 |  |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Form 2

Exhibit 9
Page: 10

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 15-36687 | | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | HERRERA, SILVIA | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0360 | | **Account #:** | ******6800 Checking |
| **For Period Ending:** | 05/08/2017 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6800 Checking | $8,000.00 | $8,000.00 | $0.00 |
| | **$8,000.00** | **$8,000.00** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**